IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN CHANDLER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:26-CV-01705-B (BT) |
| | ) | |
| TEXAS BEST PRE-OWNED AUTO | ) | |
| SALES, et al. | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court.  The Court will dismiss this action without prejudice by separate judgment for lack of jurisdiction.

SIGNED this 15th  day of June, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE